# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | )
|---|---|
| EDWARD LYONS | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-74 |
| TECUMSEH LOCAL SCHOOL DISTRICT, et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Granting Defendant's Motion for Judgement on the Pleadings
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for Judgement on the Pleadings
.

Date:  10/3/23

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk